Jeanette S. Brownrigg, Respondent, v. Leo W. Brownrigg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

John Coyne, an Infant, by James W. Coyne, His Guardian ad Litem, Respondent, v. Tidewater Building Company and Thomas B. Bryson, Appellants.— Judgment and order reversed, with costs, and complaint dismissed, upon the ground that the evidence does not establish negligence on the part of the defendants, or that plaintiff was free from contributory negligence. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Henry N. De Lisser, Appellant, v. William Nost, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Michael Devlin, Appellant, v. The Booth Steamship Company, Limited, and T. Hogan & Sons, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles B. Fitzpatrick, Respondent, v. Charles T. De Mott, Appellant. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Frances Gehl, Respondent, v. Bachmann-Bechtel Brewing Company and George Bechdol, Appellants.— Order modified so as to allow trial fee and witness fees to defendants, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Guidone & Galardi Company, Respondent, v. Francesco Caggiano and Another, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

James D. Hyatt, Appellant, v. Austin Lamonte, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

In the Matter of the Appraisal of the Estate of Adele Bolton, Deceased, under the Acts in Relation to Taxable Transfer of Property. James R.